## SCHAEFER *vs.* THE EAST TENNESSEE, VIRGINIA AND GEORGIA RAILROAD.

In the case of *Angier et al. vs. The East Tennessee, Virginia and Georgia Railroad et al.,* 74 *Ga.,* 634, it was held that that road was a domestic corporation in this state. That ruling controls this case, and it was error to order a removal of the case to the federal court, on the ground of non-residence of the defendant.
Judgment reversed.
December 15, 1885.

JACKSON, Chief Justice.

[Schaefer brought suit against the East Tennessee, Virginia and Georgia Railroad Company in the superior court of Butts county. The defendant filed an application to remove the case to the circuit court of the United States, on the ground that it was a non-resident corporation. An affidavit of its superintendent, that he had reason to believe, and did believe, that the defendant would not be able to obtain justice in the state court, was made. Bond also was tendered. The presiding judge ordered the case to be removed, and the plaintiff excepted.]